```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 09239
   ROSE SCANDURA
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0949


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 04/15/2008 and was not confirmed.

   The case was converted to chapter 7 without confirmation 07/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
AT & T                     UNSECURED      NOT FILED           .00           .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00           .00
CHASE CARD MEMBER SERVIC   UNSECURED      NOT FILED           .00           .00
CHASE CARD MEMBER SERVIC   UNSECURED      NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00           .00
PREMIER BANKCARD           UNSECURED         439.47           .00           .00
ECAST SETTLEMENT CORP      UNSECURED         815.54           .00           .00
HSBC MASTERCARD            UNSECURED      NOT FILED           .00           .00
JP MORGAN CHASE BANK       UNSECURED      NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         570.00           .00           .00
TARGET NATIONAL BANK       UNSECURED        1659.56           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         600.37           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY    3,400.00                        202.40
TOM VAUGHN                 TRUSTEE                                         17.60
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    220.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                              202.40
TRUSTEE COMPENSATION                         17.60
DEBTOR REFUND                                  .00
                       ---------------    ---------------
TOTALS                     220.00               220.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09239 ROSE SCANDURA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE